United States District Court

Eastern District of California

Brian Hackett,

       Plaintiff,                    No. Civ. S 04-2088 FCD PAN P

   vs.                            Order

D. Kimbrell, et al.,

       Defendants.

-oOo-

   April 25, 2005, plaintiff requested an extension of time to file an amended complaint.  Good cause appearing, plaintiff's request is granted and time is extended until 30 days from the date this order is signed.

   So ordered.

   Dated:  May 12, 2005.

                                        /s/ Peter A. Nowinski
                                        PETER A. NOWINSKI
                                        Magistrate Judge