United States District Court

Eastern District of California

Brian Hackett,

    Plaintiff,                          No. Civ. S 04-2088 FCD PAN P

  vs.                                  Order

D. Kimbrell, et al.,

    Defendants.

-oOo-

June 7, 2005, plaintiff requested a second extension of time to file an amended complaint. Good cause appearing, plaintiff's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated: June 16, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge