1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BRIAN HACKETT,

11              Plaintiff,                    No. CIV S-04-2088 FCD PAN P

12        vs.

13   D. KIMBRELL, et al.,

14              Defendants.                   ORDER

15   _____/

16              Plaintiff has requested an extension of time to file and serve a second amended

17   complaint pursuant to the court's order of March 8, 2006.  Good cause appearing, IT IS HEREBY

18   ORDERED that:

19              1.  Plaintiff's April 7, 2006, request for an extension of time is granted; and

20              2.  Plaintiff is granted 30 days from the date of this order to file and serve a

21   second amended complaint.

22   DATED: April 18, 2006.

23

24                                    _____
                                      UNITED STATES MAGISTRATE JUDGE

25

26   /mp/004
     hack2088.36