1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BRIAN HACKETT,

11            Plaintiff,                    No. CIV S-04-2088 FCD PAN P

12        vs.

13   D. KIMBRELL, et al.,

14            Defendants.            <u>ORDER</u>

15   _____/

16        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil

17   rights action seeking relief pursuant to 42 U.S.C. § 1983.

18        On May 5, 2006, plaintiff filed a document styled, "Changed Pleading" in which

19   plaintiff requests the court to remove exhibits A through C of his original complaint and exhibits

20   B and C from his first amended complaint and to attach them to his second-amended complaint.

21        Local Rule 15-220 states that a party may obtain the court's permission "for the

22   removal of any exhibit or exhibits attached to prior pleadings, in order that the same may be

23   attached to the changed pleading."

24        Plaintiff has not filed a second-amended complaint.  When he files a second

25   amended complaint, plaintiff may request that the court remove attachments from prior pleadings

26   and attach them to the second-amended complaint.

                                            1

1        Accordingly, IT IS HEREBY ORDERED that plaintiff's May 5, 2006, request to

2  change pleading is denied without prejudice.

3  DATED: May 17, 2006.

UNITED STATES MAGISTRATE JUDGE

\004
\hack2088.dny request