IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN HACKETT,

    Plaintiff,                      No. CIV S-04-2088 FCD PAN P

    vs.

D. KIMBRELL, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff seeks a second extension of time to file and serve a second amended complaint. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's May 18, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted forty-five days from the date of this order to file and serve a second amended complaint. No further extensions of time will be granted.

DATED: May 24, 2006.

UNITED STATES MAGISTRATE JUDGE

/mp
hack2088.36sec