IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN HACKETT,

     Plaintiff,                        No. CIV S-04-2088 FCD PAN P

    vs.

D. KIMBRELL, et al.,

     Defendants.                  <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed March 8, 2006, plaintiff's amended complaint was dismissed with leave to file a second amended complaint within thirty days. By orders filed April 18, 2006 and May 26, 2006, plaintiff was granted, respectively, a thirty day extension of time and a forty-five day extension of time to file and serve the second amended complaint. The May 26, 2006 order provided that no additional extensions of time would be granted.

        On May 26, 2006, plaintiff filed a notice of change of address, indicating his transfer to Atascadero State Hospital (Atascadero). On June 12, 2006, plaintiff filed a third request for extension of time to file a second amended complaint. Review of that document suggests that plaintiff had not, as of the date his request was filed, received the court's May 26, 2006 order. On July 10, 2006, plaintiff filed a request for court intervention in alleged problems

with retention of his legal materials at Atascadero.  On July 24, 2006, plaintiff filed a notice of change of address to California Medical Facility (CMF).[1]

After review of the record herein, and good cause appearing, the court will grant plaintiff one additional period of sixty days in which to file and serve a second amended complaint.  In view of plaintiff's transfer to CMF, his July 10, 2006 request for court intervention in alleged problems with officials at Atascadero concerning plaintiff's retention of his legal materials will be denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's June 12, 2006 request for an extension of time is granted;

2. Plaintiff is granted sixty days from the date of this order in which to file and serve a second amended complaint; and

3. Plaintiff's July 10, 2006 request is denied.

DATED: July 26, 2006.

UNITED STATES MAGISTRATE JUDGE

12/mp; hack2088.36sec(2)

---

[1] None of these documents have been served on defendant Kimbrell, who appeared in this action on March 16, 2005.  Plaintiff is advised that every document submitted to the court for consideration must be served on defendant Kimbrell. Fed. R. Civ. P. 5.  Plaintiff is required to serve all documents in this action conventionally in accordance with the relevant provisions of Fed. R. Civ. P. 5.  See Local Rule 5-135(b).  Since an attorney has filed a document with the court on behalf of defendant Kimbrell, documents submitted by plaintiff must be served on that attorney and not on the defendant. Fed. R. Civ. P. 5(b)(1).  Conventional service is usually accomplished by mailing a copy of the document to the attorney's address of record.  See Fed. R. Civ. P. 5(b)(2)(B).  Plaintiff must include with every document filed in this action a certificate stating the date an accurate copy of the document was mailed to defendant's attorney and the address to which it was mailed.  See Local Rule 5-135(b) and (c).