IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN HACKETT,

      Plaintiff,                       No. CIV S-04-2088 FCD EFB P

    vs.

C. K. PLILER,

      Defendant.                 <u>ORDER</u>

                            /

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On March 8, 2006, the court dismissed plaintiff's July 13, 2005, amended complaint with leave to file yet another amended complaint. On August 4, 2006, plaintiff filed a second-amended complaint naming C. K. Pliler as the defendant.

      The amended complaint, at least for purposes of the initial screening, states a cognizable claim for relief against defendant C. K. Pliler for violations of Title II of the Americans with Disabilities Act pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).

      Accordingly, it hereby is ordered that:

      1. Service is appropriate for defendant C. K. Pliler.

      2. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet and one copy of the August 4, 2006, pleading.

3. Within 30 days from the date this order is served, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed summons and USM-285 form, and two copies of the endorsed August 4, 2006, pleading.

4. Upon receipt of the necessary materials, the court will direct the United States Marshal to serve defendant C. K. Pliler pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. The Clerk of the Court is directed to change the docket to reflect C. K. Pliler as the defendant.

Dated: October 17, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN HACKETT,

        Plaintiff,                No. CIV S-04-2088 FCD PAN P

    vs.

C. K. PLILER,

        Defendant.             <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        __1__      completed summons form

        __1__      completed form USM-285

        __2__      copies of the __August 4, 2006__
                                            Amended Complaint

Dated:

                                                              Plaintiff