1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BRIAN HACKETT,

11          Plaintiff,                      No. Civ. S 04-2088 FCD EFB P

12       vs.

13   D. KIMBRELL, et al.,

14          Defendants.              FINDINGS AND RECOMMENDATIONS

15   _____/

16       On October 4, 2004, plaintiff commenced this action alleging that defendants violated his

17   civil rights. *See* 42 U.S.C. § 1983.  Pending before the court is defendants' motion to dismiss

18   upon the ground that plaintiff is deceased and no person has moved to substitute for him. *See*

19   Fed. R. Civ. P. 25(a).

20       On July 25, 2007, defendants notified the court of plaintiff's death by filing a notice of

21   suggestion of death upon the record.  Once such a notice is filed, a person who wishes to

22   substitute for the deceased has 90 days to file a motion to be substituted as the plaintiff.  Fed. R.

23   Civ. P. 25(a)(1).  Dismissal is mandatory if no such motion is filed within the 90-day period. *Id.*

24   Ninety days have passed since defendants filed the notice, and no motion for substitution has

25   been filed.  Thus, this action must be dismissed.

26   ////

1

1        Accordingly, it hereby is RECOMMENDED that defendants' October 30, 2007, motion

2    to dismiss be granted and that this action be dismissed.

3        These findings and recommendations are submitted to the United States District Judge

4    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days

5    after being served with these findings and recommendations, any party may file written

6    objections with the court and serve a copy on all parties.  Such a document should be captioned

7    "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

8    within the specified time may waive the right to appeal the District Court's order. *Turner v.*

9    *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

10   Dated:  November 15, 2007.

11

12                      EDMUND F. BRENNAN
                        UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26